United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

IRACEMA E. COVARRUBIAS BARBA   §
                               §
VS.                            §       CIVIL ACTION NO. 5:25-cv-234
                               §
ORLANDO PEREZ[1] *et al.*      §

## ORDER

The Court previously Ordered the Parties to file a joint advisory addressing how they wished to proceed following Petitioner's bond hearing (Dkt. No. 12). Petitioner separately filed an advisory addressing the bond hearing but noted that she was unsuccessful in conferring with opposing counsel to file a joint advisory (Dkt. No. 13 at 2). Shortly after, Petitioner moved to withdraw their advisory, stating that she would be submitting a joint advisory with Respondents (Dkt. No. 14 at 1). The Court subsequently received the joint advisory; as such, Petitioner's Motion to Withdraw Advisory Filed by Petitioner (Dkt. No. 14) is **GRANTED**.

According to the parties, this matter is fully resolved and they are unopposed to the Court's entry of a final judgment (Dkt. No. 15 at 2). The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** May 6, 2026.

Marina Garcia Marmolejo
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1